# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 11-1302 | September Term, 2013 |
| | EPA-47FR45210 |
| | EPA-76FR48208 |
| | Filed On: June 3, 2014 |

EME Homer City Generation, L.P.,

    Petitioner

  v.

Environmental Protection Agency,

    Respondent

------------------------------

San Miguel Electric Cooperative, et al.,
    Intervenors

------------------------------

Consolidated with 11-1315, 11-1323, 11-1329, 11-1338, 11-1340, 11-1350, 11-1357, 11-1358, 11-1359, 11-1360, 11-1361, 11-1362, 11-1363, 11-1364, 11-1365, 11-1366, 11-1367, 11-1368, 11-1369, 11-1371, 11-1372, 11-1373, 11-1374, 11-1375, 11-1376, 11-1377, 11-1378, 11-1379, 11-1380, 11-1381, 11-1382, 11-1383, 11-1384, 11-1385, 11-1386, 11-1387, 11-1388, 11-1389, 11-1390, 11-1391, 11-1392, 11-1393, 11-1394, 11-1395

    **BEFORE:**    Rogers, Griffith, and Kavanaugh, Circuit Judges

### O R D E R

    It is **ORDERED**, on the court's own motion, that in light of the Supreme Court's decision in <u>EPA, et al. v. EME Homer City Gen., et al.</u>, 134 S. Ct. 1584 (2014), the parties file motions to govern future proceedings on or before July 3, 2014.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:    /s/
        Jennifer M. Clark
        Deputy Clerk